**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(Marshall division)**

| | | |
|---|---|---|
| SHAWN QUINN, | § | |
| | § | |
| V. | § | CIV. NO. _____ |
| | § | |
| EDO'S TRUCKING, INC. & | § | |
| KELVYN GOMEZ DE LOS SANTOS | § | |

**DEFENDANTS' NOTICE OF REMOVAL**

**COME NOW**, Edo's Trucking Inc. and Kelvyn Gomez de Los Santos (hereinafter sometimes referred to as the "Removing Parties" or "Defendants"), the Defendants in the above-styled and numbered cause, and hereby removes Cause No. 23C030 from the 5th Judicial District Court of Cass County, Texas to the United States District Court for the Eastern District of Texas, Marshall Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and as grounds for his removal, would respectfully show the Court as follows:

**A.    Basis For Removal**

1.    The Removing Parties are the two Defendants in the above-entitled action.

2.    On January 30, 2023, Plaintiff Shawn Quinn filed his Original Petition (hereinafter, the "Petition") against the Removing Parties in the 5th Judicial District Court of Cass County, Texas under Cause No. 23C030.  The Petition is attached to this Notice of Removal as Exhibit A.

3.    On February 1, 2023, the Removing Parties were served with a copy of Plaintiff's Original Petition. As such, this Notice of Removal is timely as the 30th day from February 1, 2023, is after the date of this Notice of Removal. *See* 28 U.S.C. § 1446(b)(1).

4.    The above-entitled action is removable to federal court as this Court has original jurisdiction based on diversity under 28 U.S.C. § 1332(a).

5.      As outlined in Plaintiff's Petition, Plaintiff has brought suit against Defendants for negligence for injuries allegedly sustained by the Plaintiff as a result of a collision that occurred on or about February 9, 2021.

6.      This Court has jurisdiction over this matter under 28 U.S.C.§1332(a), because there is complete diversity of citizenship between Plaintiff and Defendants, and more than $75,000, exclusive of interest and costs, is at stake.

**1.      <u>There is complete diversity between Plaintiff and Defendants.</u>**

7.      Plaintiff Shawn Quinn alleges that he is an individual who resides in Cass County, Texas. Thus, Plaintiff is a citizen of Texas for purposes of diversity jurisdiction.

8.      As alleged by Plaintiff in his Petition, Defendant Edo's Trucking Inc. is a for-profit corporation with its principal office in Mechanicsburg, Pennsylvania.   Defendant Edo's Trucking, Inc. agrees that its principal place of business is in Pennsylvania, and it is not incorporated in Texas and does not have its principal place of business in Texas.   Thus, Defendant Edo's Trucking, Inc. is a citizen of Pennsylvania for purposes of diversity jurisdiction.

9.      As alleged by Plaintiff in his Petition, Defendant Kelvyn Gomez De Los Santos is an individual residing in Berks County, Pennsylvania.  Defendant De Los Santos agrees that he is an individual residing in Pennsylvania.   Thus, Defendant De Los Santos is a citizen of Pennsylvania for purposes of diversity jurisdiction.

10.      Because the Plaintiff is a citizen of Texas and the Defendants are citizens of Pennsylvania, there is complete diversity between Plaintiff and Defendants.

**2.      <u>There is an amount over $75,000 in controversy.</u>**

11.      When a plaintiff's monetary demand is stated in the complaint, a defendant may rely upon the allegation to meet the federal diversity jurisdiction amount in controversy requirement. *See* 28 U.S.C. § 1446(c)(2). The original plaintiff demands "monetary relief in excess of

$1,000,000." Thus, the amount in controversy in this suit is over $75,000 and the jurisdictional threshold under 28 U.S.C. § 1332(a) is satisfied.

12.     Plaintiff's Petition presents a cause of action for which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

**3.      All Defendants consent and removal is proper.**

13.     Because this Court would have had original jurisdiction in the case were filed in this Court, removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

14.     Neither defendant is a citizen of the State of Texas where this action was brought.

15.     Both Defendants (who are jointly represented by the undersigned counsel) have consented to this removal.

**B.      Information Required By Local Rule CV-81(c)**

(1)     This case was recently filed and was pending in the state court.  The Plaintiff is Shawn Quinn.  The Defendants are Edo's Trucking Inc. and Kelvyn Gomez de Los Santos.

(2)     A civil cover sheet is being attached as *Exhibit B*.  A copy of the state court's docket is being attached as *Exhibit C*.  The only pleading on file is the Plaintiff's Original Petition, which is attached as *Exhibit A* to this Notice of Removal.

(3)     Plaintiff Shawn Quinn's attorneys are:

Anthony G. Buzbee
Texas Bar No. 24001820
tbuzbee@txattorneys.com
Thomas Colby Holler
Texas Bar No. 24126898
choller@txattorneys.com
The Buzbee Law Firm
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

Defendants Edo's Trucking Inc. and Kelvyn Gomez De Los Santos's attorneys are:

William H. Chamblee
State Bar No. 04086100
wchamblee@cr.law
Jack G. B. Ternan
State Bar No. 24060707
jternan@cr.law
Chamblee Ryan, P.C.
2777 N. Stemmons Freeway
Suite 1257
Dallas, Texas 75207
(214) 905-2003
(214) 905-1213 (Facsimile)

(4)    Plaintiff requested a jury trial in state court.

(5)    The case was removed from the District Court for the 5th Judicial District of Texas, Judge Bill Miller presiding, 604 Highway 8 North / P. O. Box 510, Linden, Texas 75563

16.    Defendants Edo's Trucking Inc. and Kelvyn Gomez de Los Santos respectfully request that the parties and the 5th Judicial District Court for Cass County, Texas take notice of the removal of this case to the United States District Court for the Eastern District of Texas, Marshall Division. Defendants Edo's Trucking Inc. and Kelvyn Gomez de Los Santos request such other and further relief to which they may be justly entitled.

Respectfully submitted,

/s/ Bill Chamblee
**WILLIAM H. CHAMBLEE**
State Bar No. 04086100
wchamblee@cr.law
**JACK G. B. TERNAN**
State Bar No. 24060707
jternan@cr.law
**CHAMBLEE RYAN, P.C.**
2777 N. Stemmons Freeway
Suite 1257
Dallas, Texas 75207
(214) 905-2003
(214) 905-1213 (Facsimile)
**ATTORNEYS FOR DEFENDANTS
EDO'S TRUCKING, INC. AND
KELVYN GOMEZ DE LOS SANTOS**

## CERTIFICATE OF SERVICE

I do hereby certify that on February 24, 2023, a true and correct copy of the above and foregoing document was served to all parties and/or counsel of record through a notice of filing of notice of removal served via the Texas e-filing system and via U.S. mail on counsel of record.

/s/ Jack G. B. Ternan
Jack G. B. Ternan
**ATTORNEY FOR DEFENDANTS**