## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SHAWN QUINN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:23-CV-0072-JRG-RSP |
| | § | |
| EDO'S TRUCKING INC., ET AL., | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

### ORDER

Edo's Trucking previously filed a Motion to Dismiss and, In the Alternative, Motion for More Definite Statement. (Dkt. No. 12.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 17), recommending denial of Edo's Trucking's Motion to Dismiss. Edo's Trucking has now filed Objections (Dkt. No. 18).

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on Edo's Trucking Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Edo's Trucking's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss (Dkt. No. 12) is **DENIED**.

**So ORDERED and SIGNED this 26th day of March, 2024.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE